IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ADVANTAGE MEDICAL ELECTRONICS, LLC, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 14-0045-CG-N |
| MID-CONTINENT CASUALTY COMPANY, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated April 14, 2014 is **ADOPTED** as the opinion of this Court.

Accordingly, plaintiff's motion to remand (Doc. 5) is hereby **GRANTED**, and as such, this case is **REMANDED** to the Circuit Court of Mobile County, Alabama, from whence it came. The plaintiff's request for attorney's fees incurred as a result of removal is, however, **DENIED**.

**DONE and ORDERED** this 5th day of May, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE